IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRANDON AUSTIN RIGGS,

     Appellant,

v.                                                          Case No.  5D22-242
                                                            LT Case No. 2018-CF-217

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed August 30, 2022

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr. , Judge.

Keith Peterson, of Law Offices of
Peterson, P.A., Mulberry, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison Leigh Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER, EDWARDS and HARRIS, JJ., concur.